O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>ROD HOOPS, et al.,<br><br>　　　　Respondents. | Case No. EDCV 11-1097-CAS (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 27, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1